GEORGE H. CUMMINS, Plaintiff in Error, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Defendants in Error.

(Submitted March 20, 1876; decided March 28, 1876.)

*William F. Howe* for the plaintiff in error.

*Benjamin K. Phelps* for the defendants in error.

Agree to affirm.    No opinion.
All concur.
Judgment affirmed.